# United States District Court
## Southern District of Georgia

Henderson

_____
Plaintiff

v.

Starbucks Corporation

_____
Defendant

Case No.  1:23-cv-00052

Appearing on behalf of

__Defendant__
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __28th__ day of __April__, __2023__.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Adam-Paul Tuzzo |
| Business Address: | Littler Mendelson, P.C. |
| | Firm/Business Name |
| | 111 E. Kilbourn Avenue |
| | Street Address |
| | Suite 1000 / Milwaukee / WI / 53202 |
| | Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | (414) 978-4606 / N/A |
| | Telephone Number (w/ area code) / Georgia Bar Number |
| Email Address: | atuzzo@littler.com |