IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| LISA Y. HENDERSON, | * | |
| Petitioner, | * | |
| v. | * | CV 123-052 |
| STARBUCKS CORPORATION, | * | |
| Respondent. | * | |

ORDER

Before the Court is the Parties' stipulation of dismissal without prejudice. (Doc. 26.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of July, 2023.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA